Cynthia Duenas
Reg.No.12299-023
Federal Prison Camp
5675 8th St.
Dublin, California  94568



FILED

08 JUL -9 PM 2:58

| Cynthia Duenas, | ) | Case No.:CR.05-024-011-S-EJL |
| | ) | CR 2002-0989 |
| Petitioner | ) | |
| v. | ) | |
| | ) **E-filing** | Motion To Request |
| United States of America, | ) | Assignment of Counsel |
| Respondent | ) | |

CV  08    3296



UNITED STATES DISTRICT COURT

FOR THE NINTH DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Petitioner comes before the court to make this motion for an order granting assignment of counsel. Petitioner was sentenced in Federal Court and was remanded into federal custody. Arizona State subsequently received custody to prosecute a probation violation for same offense. The Arizona court ordered the "sentence shall be concurrent to any time currently being served for federal or state courts".

Petitioner was remanded into the custody of the Sheriff and was incarcerated in an Arizona state prison for two years instead of being returned to federal custody where she could serve her sentence concurrently per the court's order.

Petitioner has been denied relief through administrative remedy as this issue is outside BOP jurisdiction. Petitioner's substantial rights have been violated.

Petitioner lacks the legal knowledge and resources to challenge this issue and respectfully requests legal counsel be assigned. Petitioner is unable to hire counsel.

Respectfully submitted this 26th day of June, 2008.

Cynthia Duenas
Registration Number 12299-023

## CERTIFICATE OF SERVICE

I. Cynthis Duenas, Petitioner herein, certify that on June 26, 2008, I placed this Motion to Request Assignment of Counsel, in the hands of the BOP via First Class Mail to the address listed below.

UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
P.O.Box 36060
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA  94102

CYNTHIA DUENAS
REGISTRATION NUMBER 1229-023

Federal Prison Camp Dublin
Name CYNTHIA DUENAS
Reg No. 12299-023
5675 8th St. Camp Parks
Dublin CA 94568

94102-3661 0004

CLERK OF THE COURT
U.S. COURTHOUSE
P.O. BOX 36060
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102



RECEIVED

08 JUN 27 PH 12: 50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA