FILED
08 JUL -9 PM 2:48
[CLERK U.S. DISTRICT COURT stamp]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MMC**

**E-filing**

Dear Sir or Madam:

**CV 08    3296**

Your action has been filed as a civil case number _____.

It appears that you have not attached a complaint or petition to your other pleadings.

**(PR)**

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

(IFP Application / ~~letter~~ / ~~exhibits~~ / motion / no complaint or petition)
(blank complaint form / petition attached)

Rev. 5/08