IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA DUENAS, | ) | No. C 08-3296 |
| Petitioner, | ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

    On July 9, 2008, the above-titled action was opened when petitioner, a federal prisoner proceeding pro se, filed a document titled "Motion to Request Assignment of Counsel." That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to submit either a complaint or petition. In said notice, petitioner was advised that her failure to submit a complaint or petition within thirty days would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the Court's habeas corpus form, instructions for completing it, and a return envelope.

    Also on July 9, 2008, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved IFP application. In said notice, petitioner was advised that her failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope.

1     Petitioner has not responded to either of the Court's deficiency notices. Accordingly,
2 as each deficiency notice was issued more than thirty days ago and petitioner has neither
3 submitted a complaint or petition, nor completed the IFP application or paid the filing fee, the
4 above-titled action is hereby DISMISSED without prejudice.
5     The Clerk shall close the file.
6     IT IS SO ORDERED.
7 DATED: August 19, 2008
8                                    MAXINE M. CHESNEY
                                    United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28