IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA DUENAS,

        Petitioner,

  v.

UNITED STATES OF AMERICA,

        Respondent.
                              /

No. CV-08-3296 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** as each deficiency notice was issued more than thirty days ago and the petitioner has neither submitted a complaint or petition, nor completed the IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice.

Dated: August 19, 2008                                       Richard W. Wieking, Clerk

                                                                      *Tracy Lucero*

                                                                      By: Tracy Lucero
                                                                      Deputy Clerk